# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSTMANN-STEINBERG, INC., | CASE NO. CV F 12-0299 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 9.) |
| CERTIFIED AD SERVICES, INC., et al., | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES without prejudice this entire action;
2. VACATES all pending matters, including the June 28, 2012 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   June 19, 2012**           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1